**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GIBBONS FORD, LP, on behalf of itself and all others similarly situated,

       Plaintiff,

       v.

GRAY TELEVISION, INC.; HEARST COMMUNICATIONS; NEXSTAR MEDIA GROUP, INC.; TEGNA INC.; TRIBUNE MEDIA COMPANY; and SINCLAIR BROADCAST GROUP, INC.,

       Defendants.

Case No. 1:18-cv-05555

Hon. John Z. Lee

**FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND AND TO ADJOURN THE INITIAL STATUS HEARING AND RELATED DEADLINES**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Gray Television, Inc.; Hearst Television Inc.[1]; Nexstar Media Group, Inc.; TEGNA Inc.; Tribune Media Company; and Sinclair Broadcast Group, Inc. (collectively, "Defendants" and with Plaintiff, the "Parties"), respectfully move the Court for an extension of time to answer or otherwise respond to Plaintiff Gibbons Ford, LP's Complaint and for adjournment of the initial status hearing and related deadlines. This is Defendants' first request for an extension. Plaintiff does not oppose this motion. In support of the motion, Defendants state as follows:

1. Plaintiff filed the Complaint in this matter on August 14, 2018. ECF No. 1.

2. Defendants or a subset of them have also been named in five other cases, each of which involves the same factual allegations and asserts a claim for violation of Section 1 of the

---

[1] Plaintiff erroneously sued "Hearst Communications." This response is submitted by Hearst Television Inc., the correct entity.

Sherman Act on behalf of the same or a similar putative class. *Law Offices of Peter Miller, P.A.* v. *Sinclair Broadcast Group, Inc. et al.*, 18-cv-2316 (D. Md.); *Ford* v. *Sinclair Broadcast Group, Inc., et al.*, 18-cv-2372 (D. Md.); *Clay, Massey & Associates, P.C.* v. *Gray Television, Inc., et al.*, 18-cv-5197 (N.D. Ill.); *Dozier Law Firm LLC* v. *Gray Television, Inc., et al*, 18-cv-5392 (N.D. Ill.); *Forbes* v. *Gray Television, Inc., et al.*, 18-cv-5708 (N.D. Ill.) (each a "Related Action").

3. Clay, Massey & Associates, P.C. filed a motion for the transfer of related actions to the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("Transfer Motion") on July 31, 2018. *In re Local TV Advertising Antitrust Litigation*, MDL No. 2867, ECF No. 1 ("MDL Proceeding").

4. Plaintiff filed a notice in the MDL Proceeding listing this case as a related action on August 20, 2018. MDL Proceeding, ECF No. 30.

5. Plaintiff filed a joinder to the Transfer Motion on August 21, 2018. MDL Proceeding, ECF No. 33. Defendants did not oppose the Transfer Motion. MDL Proceeding, ECF No. 36.

6. The United States Judicial Panel on Multidistrict Litigation has set a hearing on the Transfer Motion for September 27, 2018. MDL Proceeding, ECF No. 25.

7. Defendants were served on various dates between August 16 and August 21, 2018, and their time to answer or otherwise respond to the Complaint in this matter currently expires between September 6 and September 11, 2018. ECF Nos. 9-13. The initial status hearing is scheduled for October 16, 2018. ECF No. 6.

8. Extending Defendants' time to answer or otherwise respond to the Complaint and adjourning the initial status hearing and related deadlines would conserve the Court and

Parties' resources by avoiding the need for duplicative briefing; avoid the risk of inconsistent outcomes across Related Actions; and allow the Parties to further investigate the allegations in the Complaint.

WHEREFORE, Defendants respectfully request the Court enter an Order (1) granting the motion; (2) extending the Defendants' time to answer or otherwise respond to the Complaint until the earliest of (i) 60 days from denial of the Transfer Motion; (ii) 60 days from the filing of an amended, consolidated complaint in the MDL Proceeding; or (iii) the date on which Defendants are required to answer or otherwise respond to a complaint filed in any Related Action; and (3) adjourning the initial status hearing and related deadlines until after a decision on the Transfer Motion. Nothing in this motion is intended to prevent any transferee court from setting any response or hearing deadline it deems appropriate.

Dated: August 30, 2018

Respectfully submitted,

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | SHEARMAN & STERLING LLP |
| By: /s/ Jay Cohen (with permission) | By: /s/ Jerome S. Fortinsky (with permission) |

Jay Cohen (*pro hac vice* forthcoming)
William Michael (*pro hac vice* forthcoming)
Daniel H. Levi (*pro hac vice* forthcoming)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
jaycohen@paulweiss.com
wmichael@paulweiss.com
dlevi@paulweiss.com

*Counsel for Defendant Tribune Media Company*

Jerome S. Fortinsky (*pro hac vice* forthcoming)
599 Lexington Avenue
New York, New York 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
jfortinsky@shearman.com

Brian Hauser
401 9th Street, N.W.
Suite 800
Washington, DC 20004-2128
Telephone: (202) 508-8000
Facsimile: (202) 508-8100
brian.hauser@shearman.com

*Counsel for Defendant Sinclair Broadcast Group, Inc.*

KIRKLAND & ELLIS LLP

By: /s/ James H. Mutchnik

James H. Mutchnik
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
james.mutchnik@kirkland.com

Eliot A. Adelson (*pro hac vice* pending)
555 California Street, 29th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
eliot.adelson@kirkland.com

*Counsel for Defendant Nexstar Media Group, Inc.*

CRAVATH SWAINE & MOORE LLP

By: /s/ Evan R. Chesler (with permission)
A member of the firm

Evan R. Chesler (*pro hac vice* forthcoming)
Julie A. North (*pro hac vice* forthcoming)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
echesler@cravath.com
jnorth@cravath.com

*Counsel for Defendant Hearst Television Inc. (erroneously sued as Hearst Communications)*

| | |
|---|---|
| JENNER & BLOCK LLP | COOLEY LLP |
| By: /s/ Ross B. Bricker (with permission) | By: /s/ Mazda K. Antia (with permission) |

| | |
|---|---|
| Ross B. Bricker<br>Sally K. Sears Coder<br>353 N. Clark St.<br>Chicago, IL 60654<br>Telephone: (312) 222-9350<br>Facsimile: (212) 527-0484<br>rbricker@jenner.com<br>ssearscoder@jenner.com<br><br>*Counsel for Defendant TEGNA Inc.* | Mazda K. Antia (*pro hac vice* forthcoming)<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>Telephone: (858) 550-6400<br>Facsimile: (858) 550-6420<br>mantia@cooley.com<br><br>John C. Dwyer (*pro hac vice* forthcoming)<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br>dwyerjc@cooley.com<br><br>J. Parker Erkmann (*pro hac vice* forthcoming)<br>1299 Pennsylvania Ave., NW<br>Suite 700<br>Washington, D.C. 2004<br>Telephone: (202) 842-7800<br>Facsimile: (202) 842-7299<br>perkmann@cooley.com<br><br>*Counsel for Defendant Gray Television, Inc.* |

**CERTIFICATE OF SERVICE**

I, hereby certify that on August 30, 2018, the foregoing document was filed electronically through the Court's Electronic Case Filing System. Service of this document is being made upon all counsel of record in this case by the Notice of Electronic Filing issued through the Court's Electronic Case Filing System on this date.

I also certify that a copy was served by e-mail on the following:

| SHEARMAN & STERLING LLP<br><br>Jerome S. Fortinsky<br>599 Lexington Avenue<br>New York, New York 10022-6069<br>jfortinsky@shearman.com<br><br>Brian Hauser<br>401 9th Street, N.W.<br>Suite 800<br>Washington, DC 20004-2128<br>brian.hauser@shearman.com<br><br>*Counsel for Defendant Sinclair Broadcast Group, Inc.* | COOLEY LLP<br><br>Mazda K. Antia<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>mantia@cooley.com<br><br>John C. Dwyer<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>dwyerjc@cooley.com<br><br>J. Parker Erkmann<br>1299 Pennsylvania Ave., NW<br>Suite 700<br>Washington, D.C. 2004<br>perkmann@cooley.com<br><br>*Counsel for Defendant Gray Television, Inc.* |

| | |
|---|---|
| CRAVATH SWAINE & MOORE LLP<br><br>Evan R. Chesler<br>Julie A. North<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>echesler@cravath.com<br>jnorth@cravath.com<br><br>*Counsel for Defendant Hearst Television Inc. (erroneously sued as Hearst Communications)* | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br><br>Jay Cohen<br>William Michael<br>Daniel H. Levi<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br><br>jaycohen@paulweiss.com<br>wmichael@paulweiss.com<br>dlevi@paulweiss.com<br><br>*Counsel for Defendant Tribune Media Company* |

                                                /s/ *James H. Mutchnik*
                                                James H. Mutchnik